C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF N.Y

11/6/11

UNITED STATES OF AMERICA
PLAINTIFF
V.S

CASE #:
11-CR-0144 (BMC)

LUIS GARCIA CORNELL
DEFENDANT

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ NOV 10 2011 ★
BROOKLYN OFFICE

YOUR HONOR,
  AFTER RE-READING YOUR LETTER WITH THE HELP OF SOME ONE WITH KNOWLEDGE OF THE LAW. I REALIZED WHAT OCCURED AND THERE IS A MIS UNDERSTANDING. MY LETTER WAS SIMPLY A REQUEST FOR GUIDANCE AND NOT A REQUEST FOR A MOTION OR APPEAL. BECAUSE I ALREADY REQUESTED AN APPEAL AN APPROX 2 DAYS AFTER MY SENTENCE THREW MY LAWYER MR. SCHNEIDER. ON OCT 25, 2011 I RECEIVED A LETTER FROM THE FEDERAL DEFENDERS OF N.Y STATING THEY ALREADY INICIATED THE APPEAL AND ARE WAITING ON TRANSCRIPTS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT BARRY D. LEIWANT FEDERAL DEFENDERS OF N.Y. 52 DUANE ST. NY, NY 10007. SORRY FOR THE MISUNDERSTANDING AND THANK YOU FOR YOUR PROMPT REPLY.

Defendant's previous request for relief
is deemed withdrawn in light of this
letter.
SO ORDERED: 11/10/11

RESPECTFULLY,

# 65466-053
MDC BROOKLYN
P.O BOX 329002
BROOKLYN, NY 11232.